U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 2 2 2013

TON ' R. MOORE, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO.:1:12-cr-00320-01-02 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. §§ 1014, 1344(1) & (2), 2 |
| | * | |
| | * | |
| DEION A. DURUISSEAU    (1) | * | JUDGE DEE D. DRELL |
| LASHAWN A. DURUISSEAU (2) | * | MAGISTRATE JUDGE KIRK |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 1344(1) and (2), 2
(Attempted Bank Fraud)

1.    Beginning sometime in September 2007 and continuing until on or about October 2007, the exact dates being uncertain, in the Western District of Louisiana, the Defendants, **DEION A. DURUISSEAU** and **LASHAWN A. DURUISSEAU**, knowingly devised and attempted to execute a scheme and artifice (a) to defraud Southern Heritage Bank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, and (b) to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Southern Heritage Bank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, by means of materially false or fraudulent pretenses, representations, or promises.

2.    It was part of the scheme and artifice to defraud that on or about October 3, 2007, the Defendant, **DEION A. DURUISSEAU**, submitted information regarding two certificates of deposit issued by Sabine State Bank totaling over

$100,000.00. On or about October 11, 2007, Southern Heritage Bank learned that the certificates of deposit had been cashed in April 2007.

3. On or about October 3, 2007, in the Western District of Louisiana, the Defendants, **DEION A. DURUISSEAU** and **LASHAWN A. DURUISSEAU**, executed and attempted to execute the scheme and artifice as set forth above, in that the Defendants submitted fraudulent certificates of deposit in support of their loan request, all in violation of Title 18, United States Code, Sections 1344(1) and (2), and 2. 18 U.S.C. §§ 1344(1) and (2), and 2.

COUNT TWO
18 U.S.C. §§ 1014, 2
(False Statement to a Bank)

A. AT ALL TIMES RELEVANT HEREIN:

1. The allegations of Count 1, are incorporated by reference as though set forth in full herein.

2. Southern Heritage Bank was a federally insured financial institution as defined in 18 U.S.C. § 20.

B. THE OFFENSE

On or about October 3, 2007, in the Western District of Louisiana, the Defendants, **DEION A. DURUISSEAU** and **LASHAWN A. DURUISSEAU**, knowingly made a material false statement for the purpose of influencing the action of Southern Heritage Bank in connection with their request for a loan in the amount of $200,000 in that the Defendants falsely represented, through the Request for Verification of Deposit, that they had certificate of deposits issued by Sabine State Bank totaling over $100,000 in combined value when, as the Defendants well knew, the certificates of deposit had been cashed in and were no

longer valid, all in violation of Title 18, United States Code, Sections 1014 and 2 [18

U.S.C. §§ 1014, 2].

*REDACTED*

_____
GRAND JURY FOREPERSON


STEPHANIE A. FINLEY
United States Attorney

By _____
CYTHERIA D. JERNIGAN (DC Bar #494742)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600 – o
(318) 676-3663 – f