

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 1:12-cr-00320-01, 02 |
| -vs- | JUDGE DRELL |
| DEION DURUISSEAU (01), LASHAWN DURUISSEAU (02) | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in a separate ruling issued on this date, the Motion to Dismiss Count Two of the Superseding Indictment (Doc. 61) filed jointly by Deion Duruisseau and LaShawn Duruisseau is **DENIED**.

SIGNED on this ___ day of October, 2014 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT